UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 01-cr-00134-RPM

UNITED STATES OF AMERICA,

   Plaintiff,

v.

JENNIFER A. MILLER,

   Defendant,

and

TALLMAN-SCHEEL AGENCY,

   Garnishee.

## GARNISHEE ORDER

On motion of the United States, and good cause appearing, IT IS HEREBY ORDERED that Garnishee TALLMAN-SCHEEL AGENCY, shall, each pay period, pay 25% of Defendant's disposable wages, to the United States and shall continue said payments until the judgment debt herein is paid in full, or until the Garnishee no longer has custody, possession, or control of any property belonging to the Defendant, or until further order of this Court.

Dated: 6-2-2008

BY THE COURT:

_____
UNITED STATES MAGISTRATE JUDGE